JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JAMES ALEXANDER RIALS,<br><br>    Plaintiff,<br><br>    v.<br><br>M. LOPEZ, et al.,<br><br>    Defendants. | No. ED CV 21-1057-JVS (PLA)<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that this action is dismissed with prejudice for failure to prosecute and to follow Court orders.

DATED: January 13, 2022

HONORABLE JAMES V. SELNA
SENIOR UNITED STATES DISTRICT JUDGE